UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**SUNGLORY MARITIME LTD., et al.**     **CIVIL ACTION**

**VERSUS**     **CASE NO. 15-896**

**PHI, INC., et al.**     **SECTION: "G"(5)**

## ORDER

Considering the above-captioned matter,

**IT IS HEREBY ORDERED** that bench trial set to begin on March 14, 2016 is continued to March 17, 2016 at 10:00 AM.

**NEW ORLEANS, LOUISIANA**, this __9th__ day of March, 2016.

*[signature]*
**NANNETTE JOLIVETTE BROWN**
**UNITED STATES DISTRICT JUDGE**